IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH A. TAYLOR,  No. C 13-2422 WHA (PR)

    Plaintiff, **JUDGMENT**

vs.

B. NEWTON; N. HEGGSTROM;

    Defendants.

    Pursuant to the order dismissing this case without prejudice, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

Dated: July __24__, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE